Plaintiff's Name: JAI JUNE PAK  
CDC No: 02116-093, D-UNIT  
Address: FCI PO BOX 1731  
WASECA, MN 56093



**FILED**
DISTRICT COURT OF GUAM
JUN 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JAI JUNE PAK  
(Name of Plaintiff)

vs.

SIX UNKNOWN NAMES AGENTS.

(Names of all Defendants)

**05-00021**
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. 1983

I. **Previous Lawsuits:**

   A. Have you brought any other lawsuits while a prisoner? Yes _X_ No __

   B. If your answer to A is yes, how many?: __THIRTEENTH__
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

      Plaintiff __JAI JUNE PAK__

      Defendants __SAME AS ABOVE__

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      __US DISTRICT COURT DISTRICT COURT OF GUAM__

   3. Docket Number __CV-04-23__   4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was appealed? Is it still pending?)

   6. Filing date (approx.) _____   7. Disposition date (approx.) _____
      (List all other previous or pending lawsuits on back of this form)

g:\docs\pak\complain.wpd

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution? Yes ___ No ___

   B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

      If your answer is no, explain why not _____
      _____

   C. Is the grievance process completed? Yes ___  No ___
      Date process completed, and disposition _____

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant __SIX UNKNOWN NAMES AGENTS__ is employed as __US GOVERNMENT__
      _____ at __DISTRICT OF GUAM__

   B. Additional defendants _____
      _____
      _____
      _____
      _____

IV. Statement of Claim

   (State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

   NO SEGREGATE, I HAD BEEN MORE THAN SIX MONTHS IMPRISONMENT FOR THE TOTAL NUMBER OF THE DATE, NOR CRUEL AND UNUSUAL PUNISHMENT OF THE EIGHTH AMENDMENT VIOLATED, FOR THE ACTION, NO CONFINED IN A JAIL, PRISON, FOR MENTAL, EMOTIONAL INJURY SUFFERED WHILE IN CUSTODY WITHOUT A PRIOR SHOWING OF PHYSICAL INJURY, THE TERM OF IMPRISONMENT, THE WRIT OF HABEAS CORPUS, THE WRIT OF MANDAMUS, THE WRIT OF STAYING DECISION, DISCHARGE TRANSFER, THE WRIT OF CERTIORARI, FAIR, EQUAL PROTECTION, DUE PROCESS, FIFTH, SIXTH, AND FOURTEENTH AMENDMENTS RIGHTS, IMPARTIAL JURY, THE WRIT OF VOTE, CONSOLIDATE, NO CRIMINAL RECORDS, CITIZENSHIP CARD, THE END OF PUBLIC MEDIA HEARING, PUBLICATION, THE WRIT OF ALL FINAL DECISION WITHIN THIRTY DAYS BY SCHEDULED ON JULY 25, 2005, AT 1:00 PM AND TRIAL BY JURY.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

A WRIT OF ATTACHMENT AND GARNISHMENT
COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF AMOUNT IS TEN MILLIONS DOLLARS BY CASH AND IMMEDIATELY FULL PAYMENT BY WITHIN THIRTY DAYS, NO PRICE DISCRIMINATION, TAX EXEMPT FROM FEDERAL INCOME TAX BY JURY.

ABOVE AMOUNT IS SHARE BY HALF AND HALF FOR PAK AND JO, 01183-112

WITHOUT COURT FEES BY JURY, SEE 28 USCA 1915(a)(d)
8 L Ed 2d 21, 29. 160 F 3d 962. 163 F 3d 921

I declare under penalty of perjury that the foregoing is true and correct.

JUNE 20, 2005
(Date)

Prayer, JAI JUNE PAK, 02116-093, Pro se
(Signature of Plaintiff)
FED. CORR. INSTITUTION
PO BOX 1731
WASECA, MN 56093