FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

JAE JUNE PAK,

Plaintiff,

vs.

UNITED STATES OF AMERICA and, SIX UNKNOWN NAMES AGENTS,

Defendants.

Civil Case No. 05-00021

**ORDER**

On June 27, 2005, the Plaintiff, Jai June Pak, ("Pak") filed a complaint pursuant to 42 U.S.C. § 1983.[1] Pak failed to pay the requisite $250 filing fee at the time of filing pursuant to 28 U.S.C. § 1914(a).[2] As a result, the Clerk of this Court sent Pak the following: 1) an Application to Proceed Without Prepayment of Fees and Affidavit; 2) a Consent to the Release of Trust Account Information and to the Collection of Fees from Trust Account Form; and 3) Instructions for Prisoner's *In Forma Pauperis* Application. Pak was also informed in the same correspondence that failure to either pay the filing fee or in the alternative failure to complete and file the *in forma pauperis* application by August 24, 2005 will result in the dismissal of his complaint without prejudice.

---

[1] Pak has filed thirteen (13) complaints that are similar to that in the instantcase. *See* Docket Nos. 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 and 16 in CV 04-00023. These complaints were subsequently consolidated into a petition for relief pursuant to 28 U.S.C. § 2255. *See* Order filed May 3, 2005, Docket No. 17 in CV 04-00023. The Court also notes that in the instant complaint Pak fails to set forth any facts to support his allegations.

[2] 28 U.S.C. § 1914(a) reads in pertinent part, "[t]he clerk of each district court shall require the parties instituting any civil action . . . . to pay a filing fee of $250. . ."

To date Pak has failed to pay the filing fee, nor has he filed the *in forma pauperis* application. Accordingly, since Pak has failed to pay the requisite filing fee, his complaint is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 26 day of September, 2005.

**Lloyd D. George***
**United States District Judge**

* The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.