FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JAE JUNE PAK,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES of AMERICA, and SIX UNKNOWN NAMES AGENTS<br><br>    Defendants. | CIVIL CASE NO. 05-00021<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed September 27, 2005.

Dated this 27th day of September, 2005, Hagatna, Guam.

/s/ Mary L.M. Moran
Clerk of Court