# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Jae June Pak,<br><br>               Plaintiff,<br><br>     vs.<br><br>United States of America, Six Unknown Names Agents,<br><br>              Defendants. | Case No. 1:05-cv-00021<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Clerk's Judgment filed September 27, 2005 and Notice of Entry re Clerk's Judgment filed September 28, 2005* on the dates indicated below:

*United States of Attorney's Office*
*9/29/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Clerk's Judgment filed September 27, 2005 and Notice of Entry re Clerk's Judgment filed September 28, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                       /s/ Shirlene A. Ishizu
                                                                                    Deputy Clerk