# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| **Jae June Pak,** | |
| Plaintiff, | |
| vs. | Case No: **1:05-cv-00021** |
| **United States of America, Six Unknown Names Agents,** | |
| Defendants. | **CERTIFICATE OF MAILING** |

The following individual was served by first class mail on September 29, 2005:

    Jae June Pak

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Clerk's Judgment filed September 27, 2005 and Notice of Entry re Clerk's Judgment filed September 28, 2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                        /s/ Shirlene A. Ishizu
                                                                   Deputy Clerk